Gene Williams (SBN 211390)
GWilliams@InitiativeLegal.com
Sue J. Kim (SBN 256392)
SKim@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Attorneys for Plaintiffs

E-FILED 04.30.12

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| PATRICK G. LUM and MICHAEL A. MULLIN, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | Case No. CV11-9751-MMM (JC)<br><br>**[PROPOSED]** **ORDER GRANTING STIPULATION OF DISMISSAL** |

1  On the stipulation of the parties, and good cause appearing therefor,

2  IT IS ORDERED:

3      1. The claims asserted on behalf of Plaintiff s Patrick Lum and Michael A.
       Mullin be and hereby are DISMISSED WITH PREJUDICE, EACH SIDE
       TO BEAR ITS OWN COSTS AND ATTORNEYS' FEES.

       2. The claims asserted on behalf of the class proposed by plaintiffs be and
       hereby are DISMISSED WITHOUT PREJUDICE, EACH SIDE TO BEAR
       ITS OWN COSTS AND ATTORNEYS' FEES.

       Dated:    April 30, 2012            _____
                                           Hon. Margaret M. Morrow
                                           United States District Judge

STIPULATION OF DISMISSAL